# ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re* : Chapter 11
:
PANOLAM HOLDINGS CO., : Case No. 09-13889 (MFW)
:
  Debtor. :
: **Re: Docket No. 2**
Employer Tax I.D. No. 7793 :
---------------------------------------------------------x
---------------------------------------------------------x
:
*In re* : Chapter 11
:
PANOLAM HOLDINGS II CO., : Case No. 09-13893 (MFW)
:
  Debtor. :
: **Re: Docket No. 2**
Employer Tax I.D. No. 3549 :
---------------------------------------------------------x
---------------------------------------------------------x
:
*In re* : Chapter 11
:
PANOLAM INDUSTRIES :
INTERNATIONAL, INC., : Case No. 09-13894 (MFW)
:
  Debtor. :
: **Re: Docket No. 2**
Employer Tax I.D. No. 4043 :
---------------------------------------------------------x
---------------------------------------------------------x
:
*In re* : Chapter 11
:
PANOLAM INDUSTRIES, INC., : Case No. 09-13896 (MFW)
:
  Debtor. :
: **Re: Docket No. 2**
Employer Tax I.D. No. 4858 :
---------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PIONEER PLASTICS CORPORATION, | : | Case No. 09-13892 (MFW) |
| Debtor. | : | |
| Employer Tax I.D. No. 9837 | : | **Re: Docket No. 2** |
| In re | : | Chapter 11 |
| NEVAMAR HOLDING CORP., | : | Case No. 09-13895 (MFW) |
| Debtor. | : | |
| Employer Tax I.D. No. 1225 | : | **Re: Docket No. 2** |
| In re | : | Chapter 11 |
| NEVAMAR HOLDCO, LLC, | : | Case No. 09-13890 (MFW) |
| Debtor. | : | |
| Employer Tax I.D. No. 5742 | : | **Re: Docket No. 2** |
| In re | : | Chapter 11 |
| NEVAMAR COMPANY, LLC, | : | Case No. 09-13891 (MFW) |
| Debtor. | : | |
| Employer Tax I.D. No. 9482 | : | **Re: Docket No. 2** |

## ORDER PURSUANT TO
## BANKRUPTCY RULE 1015(b) DIRECTING
## JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion, dated November 4, 2009 (the "*Motion*"), of Panolam Holdings Co. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "*Debtors*"[1]), pursuant to Rule 1015(b) of the Bankruptcy Rules,[2] for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the Miceli Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Panolam Holdings Co. (7793), Panolam Holdings II Co. (3549), Panolam Industries International, Inc. (4043), Panolam Industries, Inc. (4858), Pioneer Plastics Corporation (9837), Nevamar Holding Corp. (1225), Nevamar Holdco, LLC (5742), and Nevamar Company, LLC (9482). Panolam Holdings is the direct or indirect parent of each of its affiliated Debtors and a non-debtor international affiliate located in Canada and its, and the other Debtors', principal executive offices are located at 20 Progress Drive, Shelton, Connecticut 06484.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-13889 (MFW); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------x
:
*In re* : Chapter 11
:
PANOLAM HOLDINGS CO., *et al.*, : Case No. 09-13889 (MFW)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Panolam Holdings Co., Panolam Holdings II Co., Panolam Industries International, Inc., Panolam Industries, Inc., Pioneer Plastics Corporation, Nevamar Holding Corp., Nevamar Holdco, LLC, and Nevamar Company, LLC. The docket in Case No. 09-13889 (MFW) should be consulted for all matters affecting this case.

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: November 5, 2009
      Wilmington, Delaware

 

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE