# **EXHIBIT A**

## Final Fee Application Requests

| Applicant | Period Covered | Final Fee Approval | Final Expense Approval |
|---|---|---|---|
| Richards, Layton & Finger, P.A. | 11/4/09 - 12/23/09 | $40,000.00 | $3,023.58 |
| Weil, Gotshal & Manges, LLP | 11/4/09 - 12/10/09 | $508,775.50 | $18,044.41[1] |
| Perella Weinberg Partners LP | 11/4/09 - 12/23/09 | $3,002,000.00 | $2,191.94 |

---

[1] This reflects a $2,573.80 reduction relating to photocopying expenses requested by the Court.

RLF1 3531940v.1